■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES SCOTT, Appellant. [33 NYS3d 709]—

Judgment, Supreme Court, New York County (Juan M. Merchan, J.), rendered April 10, 2013, as amended May 1, 2013, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

Defendant's challenge to the voluntariness of his plea is unpreserved (*see People v Conceicao*, 26 NY3d 375 [2015]), and we decline to review it in the interest of justice. As an alternative holding, we find that the voluntariness of the plea was not undermined by the court's brief reference to defendant (who had numerous prior felony convictions) as a "discretionary persistent felony offender," especially since the court im-

mediately stated that the maximum sentence defendant could receive if convicted after trial was 3½ to 7 years; such a sentence would assume sentencing as a second, but not persistent, felony offender. Concur—Sweeny, J.P., Acosta, Feinman, Kapnick and Webber, JJ.